HARRY STEINER, Appellant, Impleaded with Another, v. ANTON THOMAS, Respondent.— Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

LOTTA N. WEEKS, Respondent, v. NORMAN E. WEEKS et al., Individually and as Trustees and Executors of G. FRANK WEEKS, Deceased, et al., Appellants, Impleaded with Another.— We are of opinion that the plaintiff is entitled to adduce oral evidence in support of the allegations of the complaint that the conveyances by deeds, absolute in form, were in fact illusory. (*Newman* v. *Dore*, 275 N. Y. 371, 380, 381; *Herrmann* v. *Jorgenson*, 263 N. Y. 348, 355; *Baird* v. *Baird*, 145 N. Y. 659, 663, 664; *Chase National Bank* v. *Tover*, 245 App. Div. 615, 618; 3 Williston on Contracts [Rev. ed.], § 647, p. 1867.) Motion to dismiss appeal on the ground that defendants have abandoned the same by service of an answer, renewed on the argument of the appeal, denied, without costs. Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.

MARY A. WHITE, Respondent, v. PETER J. WHITE, Appellant.— It appears without contradiction that the plaintiff failed to comply with the conditions imposed by an order dated April 30, 1942, and in that circumstance there should be no adjudication of contempt for the failure of the defendant to comply with other conditions in said order. In view of this determination it is unnecessary to decide the appeal from the order denying the defendant's motion to vacate the order to show cause. Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.